**2009–1810.   Torrance v. Cincinnati Metro. Hous. Auth.**
In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for a writ of mandamus and prohibition. Upon consideration thereof,

It is ordered by the court, sua sponte, that this cause is dismissed due to relator's failure to respond to the order issued by this court on October 9, 2009 to show good cause why he should be permitted to proceed with this action without payment of the filing fee and security deposit.

**2009–1876.   Torrance v. Allstate Ins. Co.**
In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed.

**2009–1899.   Torrance v. Dept. of Veterans Affairs.**
In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed.

**2009–1904.   Torrance v. Grant.**
In Mandamus and Prohibition. On October 26, 2009, this court found Saint Torrance to be a vexatious litigator under S.Ct.Prac.R. XIV(5)(B). This court further ordered that Torrance was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. Upon review of the documents filed in this case, the court finds the case to be without merit. Accordingly,

It is ordered by the court, sua sponte, that the case is dismissed.